E-FILED
Tuesday, 28 March, 2006   01:04:36 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:                CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

All Cascino Vaughan Law Office
Cases on Attached Exhibit A

    Plaintiff,

v.                                                                       Case No.: See Exhibit A (# cases)

Various Defendants

    Defendants.

MOTION FOR VOLUNTARY DISMISSAL

NOW COMES the plaintiff, by their attorneys, Cascino Vaughan Law Offices, Ltd., and moves this Honorable Court to enter dismissals for the attached cases.

Date: 3/28/06

By: _____
Attorney for Plaintiff

Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312)-944-0600

Central District of Illinois Peoria Division

| Name | Case# |
| --- | --- |
| Aberle Glenn E | 93-1391 |
| Adkins Harold L | 94-1179 |
| Anders Willard C | 92-1510 |
| Anderson David R | 94-1082 |
| Ball Lyle E | 92-1514 |
| Bateman Lloyd J Sr | 941107 |
| Battistelli Arthur R | 94-1303 |
| Bault Charles R | 93-1419 |
| Beeney Donald G Sr | 94-1477 |
| Bennett Robert H | 93-3101 |
| Bennett Thomas W Sr | 94-1483 |
| Bessler Frederick E | 93-1162 |
| Bracewell John C Sr | 92-2317 |
| Bradley Kenneth F | 92-2314 |
| Buchanan Hugh E | 94-1479 |
| Burdette Lloyd E | 94-1092 |
| Burkey Donald L | 93-1163 |
| Butler Leonard C | 93-1420 |
| Byrne John T Sr | 93-1397 |
| Carrigan Kenneth F | 94-1170 |
| Cherry Harry A | 93-1395 |
| Childers Ronald E | 93-1415 |
| Chipman Glenn T | 93-1254 |
| Clifford Kenneth D | 93-1433 |
| Collinson Gordon J | 92-1493 |
| Contreras Alberto | 94-1480 |
| Cooper James S | 92-2312 |
| Cvetan Steve | 92-1515 |
| Daniel Harry W | 93-1435 |
| Darif Felix G Jr | 94-1465 |
| Davidson Richard B | 93-1416 |
| De Groot Harland H Sr | 94-1447 |
| Dean Elmer H | 94-1460 |
| Demattia Daniel J | 92-1508 |
| Dingledine Gary L | 94-1135 |
| Dotzert Albert E | 94-1301 |
| Doubet Lyle F | 92-1513 |
| Eldert Ronald V Jr | 92-1512 |
| Essex Gerald E | 94-1313 |
| Ford Everett | 93-1396 |
| Foust Basil | 93-1251 |
| Fraboni Louis R | 93-1434 |
| Geary Robert | 92-1521 |
| Geiger Gerald E | 94-1087 |
| Gibson Joe | 94-3218 |
| Godbee Carl L | 92-2315 |
| Goetsch Randall P | 94-1083 |


EXHIBIT A

Central District of Illinois Peoria Division

| Name | Case# |
| --- | --- |
| Gontles Robert W Sr | 94-1448 |
| Greene Robert L Jr | 92-2316 |
| Grier David L | 93-1408 |
| Grier John C | 94-1300 |
| Gruenwald George R Sr | 94-2289 |
| Habel Paul E | 94-1458 |
| Hall John R | 94-1462 |
| Hall Wilbur L | 93-1168 |
| Hallengren Jack D | 93-1154 |
| Hawkins Dale R | 94-1133 |
| Hayes Robert W Sr | 93-1250 |
| Hegna Alvin J | 94-1484 |
| Hubbs Carl A | 93-1423 |
| Hunter David M | 93-1413 |
| Janko Albert M | 94-1085 |
| Jeffers David L | 92-2310 |
| Johnson Dorothy E | 94-1304 |
| Johnson Leo M | 93-1417 |
| Jolliff Donald G | 94-1467 |
| Kennedy Everett J | 94-1455 |
| Kilgore Max C | 94-1169 |
| Lanan Jack | 94-1417 |
| Latino Frank J | 94-1469 |
| Mandich Dmitar | 94-1459 |
| Mathus John L | 94-1091 |
| McDonald Ernest T | 94-1470 |
| Meadows Thomas M | 94-1338 |
| Meyers Andrew J | 93-1170 |
| Meyers Donald T | 94-1173 |
| Millard Eugene H | 93-1253 |
| Miller James A | 94-1476 |
| Miller Richard L | 92-1518 |
| Miller William | 93-1393 |
| Munton Loyd W | 94-1171 |
| Mustered Larry D | 92-1093 |
| Nash Paul K | 94-1464 |
| O'Brien Francis L | 94-1471 |
| O'Connor John J | 93-1407 |
| Piro Ronald W | 93-1255 |
| Ramsey Floyd H Jr | 94-1416 |
| Rexroat Gary V | 94-1086 |
| Richardson Jerry P | 92-2325 |
| Robinson Raymond | 94-1475 |
| Salisbury William J Sr | 94-1094 |
| Sanders Harold E Sr | 93-1392 |
| Schaefer John A | 94-1168 |
| Schneider Raymond F | 94-1166 |

Central District of Illinois Peoria Division

| Name | Case# |
| --- | --- |
| Schwartz Jimmie J | 94-1315 |
| Scohy Harry J Sr | 94-1457 |
| Seaborn Kenneth E | 94-1414 |
| Sepich Albert J | 93-1172 |
| Shannon Harold H | 93-1173 |
| Smith Dale A | 94-1466 |
| Stank Charles J | 93-1414 |
| Stewart William D Sr | 94-1474 |
| Stovall Jerry D | 94-1222 |
| Swearingen Gary R | 93-1272 |
| Taylor Orval H Sr | 93-1431 |
| Thompson Thomas L | 94-1456 |
| Tonarelli Russell | 93-1421 |
| Valdez Robert G | 94-1454 |
| Weber Dale E | 94-1134 |
| Weger Don R | 94-1453 |
| Weiman Stephan L Sr | 93-1160 |
| Wilkinson Dale J | 93-1430 |
| Wood Victor | 92-1497 |
| Wroblewski Robert E | 94-1472 |